**Exhibit A to the Complaint**

**Location:** Parker, CO  
**Total Works Infringed:** 70  

**IP Address:** 76.25.113.9  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 475E0C7EC58EC89C15DE077BF6AF8D59F540D8E6<br>File Hash: EA7C1569CC9AE9AA9EBFB253DD53107E9C34A737304A47E4639A3E062D9D904D | 03-25-2023 19:19:26 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 2 | Info Hash: 10976E0245DE5FFAD9208CA36265E2638FDC16A9<br>File Hash: 6340F2F1C4CA8BBCE26131EB044A02CC9AA0E4E7755B6715CB1F09202043D6B5 | 03-16-2023 17:30:22 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 3 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash: FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 02-27-2023 19:48:19 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 4 | Info Hash: FC410948B338D40F3B1DCE403421F33C3ED92657<br>File Hash: E2136791486C2A4F15153066D28D42854CED163E789DAA466D5D83F651968D6B | 02-27-2023 19:47:27 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 5 | Info Hash: 642302AF292A92951399C47977376BC5AC5ED299<br>File Hash: 313EC5C02C7934FC40B3B14246153E2E03D286A050576B29AEF965B2D1325C16 | 02-04-2023 06:42:40 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 6 | Info Hash: 37ED7C76E4800AF6C013D848C5ACED9CF6AD1DF5<br>File Hash: F1DEF6424F0662399CB883F37D62B388FBF8E1AFABEC3F799391449D48753880 | 01-15-2023 00:40:29 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 7 | Info Hash: B22A7C436E58C0FFA78DF7DFF1FC7CB5B00AAEBB<br>File Hash: B22858E0F5E12664E5B713F908BA3A2F90D228F6795CB87A93F54407DD7158E2 | 01-02-2023 18:51:08 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 8 | Info Hash: C007925479E9CAE8464CB50F5733191C0EC1764A<br>File Hash: 34B99FCF3503E925DA02EB09DA25808E24D5EB62BCE0402C837DB758CDAE249C | 01-02-2023 01:49:16 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 9 | Info Hash: 69BD5CB4F63C733B9D347C0E8BD4E04E705AABAB<br>File Hash: 18703E9AE0A5AFC9BE69FB05460D208EB6D346C51047F8784B5D6F94ED9B058B | 12-27-2022 19:07:22 | Blacked | 12-26-2017 | 01-24-2018 | PA0002101758 |
| 10 | Info Hash: F32615CF72189CDD69E6151E4903AC651D3A7063<br>File Hash: 6891E3B37E52096A272BBC88EDD1A35D8021ED2711AB1A0858FAA335BDE45B8A | 12-22-2022 00:56:28 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 11 | Info Hash: 4368CEB3E5FF38A1C470567809749330E437E6F9<br>File Hash: D7B8053DD39EC814BE266985146199F46F26B259AFEC19AAFFF7755264DE9C73 | 10-30-2022 00:24:36 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 85815F97AB1CB9A3969EEB4E7C9990040E45B2CD<br>File Hash: 751ECF7DB832ADABA8ADBCA615A30E2C9E14C158008CFE300F2BA7FC251905CB | 10-14-2022 22:09:48 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 13 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash: 3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 10-03-2022 17:34:07 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 14 | Info Hash: C20EA351BB316CBF2DC35ADB71846A2E49352ACB<br>File Hash: FD734D04BB084B82492FB2B26BB9EA993DAC49FEC7A01E646428AD8DC060F7B1 | 08-21-2022 16:27:30 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 15 | Info Hash: 62A0A8CEB78BEA0E95503C15DAC11F14BCC004BB<br>File Hash: 548DA8EE545334AC17C23DAFE402821842F7C901F8B20CAE72FB075A2EC9441B | 08-16-2022 04:10:34 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 16 | Info Hash: 8D084151BC3BB0184A284913F8756A95942EC720<br>File Hash: 55006DE9A9044C14737EFE43D27A79D43DD51BCD53A887462B4B898E7CA1B9BD | 07-20-2022 17:42:20 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 17 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash: B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 06-20-2022 17:54:41 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 18 | Info Hash: DFC8BD304F9C774902F9E41F470D5FEFDA243931<br>File Hash: E7579D0E2BB006B32A54844FAE6165D050C6629193092DEA4E0BBBDE05B6A9DE | 06-15-2022 23:51:23 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |
| 19 | Info Hash: 667D183DC46864A9E712095A85552E0EAF6A6115<br>File Hash: B5229ABC51DAA095B400E7BFC6AF029E2AAF08C64BF1CCE74213ED8AF8010BF2 | 06-07-2022 23:42:54 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 20 | Info Hash: AD70ACCBE92DF20D88663B12A5E7947F44737014<br>File Hash: BD82323E1CA203478828B46B4004766F774791C6EDCE6FE57B98B6E3DD3EE0C6 | 05-15-2022 15:05:08 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 21 | Info Hash: 76254F2E6E895357257DB374839FB6B0D31EE525<br>File Hash: 3CC09759839BF770EEF7055DDCBF3949D46A0A36DF03F2D98650E0D7680D6E99 | 05-08-2022 14:06:39 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 22 | Info Hash: DEE51D0DCBE476C087C2FBFC6FD3265A0630E4A8<br>File Hash: 47335489F0CF63B02ADB32671381D366A9A5EA8A8FBC105A05423CC419DCEFF6 | 05-02-2022 23:12:55 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 23 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 04-28-2022 23:48:57 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 34F54A5FA7A7B73FBBE7AC8C2502DD9CAB334ABA<br>File Hash: 85CD1136215B89FE85060DA735A41FCF95B3255AACE5DA1883E1E79E1CE0E927 | 04-17-2022 16:13:39 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 25 | Info Hash: 0E913315A3973DF6AD0BE9876D15FAB2DDF9D30E<br>File Hash: 63CD2C0A12F13494CF43FAF9B20A8DEAFF89DEB397B07172243EF45320B35E38 | 03-14-2022 03:23:19 | Vixen | 03-11-2022 | 04-21-2022 | PA0002353783 |
| 26 | Info Hash: 117CA95ECA49CAFAEFB42B0B343C6631B6B37BBD<br>File Hash: 9746EDC3063F53EBE110CFCB65D94D0E48DE56AC10EDD87A90C772E2648142ED | 03-09-2022 22:56:55 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 27 | Info Hash: 540D644F7CF4DC47791772863E6BA03A72606F6D<br>File Hash: F978C6F42E86569866612143F5CEA150485BFF0DB9B90999F20D4408700E2B1D | 02-15-2022 20:46:04 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 28 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2<br>File Hash: F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 02-13-2022 16:23:53 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 29 | Info Hash: 1E9C5482FF7715E0E6080C60ECC7D12D17649F31<br>File Hash: 8BEC7BF1FF5E95F7E45CDC403D192D0CD4150A9EDDF36D76DF0B4311F2AB6572 | 01-30-2022 08:19:21 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |
| 30 | Info Hash: A135016A510AB51A73CB7894372786888014584A<br>File Hash: 7B6C1BC19C3F1C388B9BD35ED3627911079B90B527F788214C05E26B39AD6DEA | 01-01-2022 16:29:15 | Blacked Raw | 10-04-2019 | 10-21-2019 | PA0002207780 |
| 31 | Info Hash: 4840754257C9663A9DE1402B921F8823383F24D3<br>File Hash: 670980E86652057C5DC70AA7DC040362C9D7FB658C7B62E55400B0A0F317B3EE | 12-26-2021 11:29:48 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 32 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash: 28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 12-09-2021 12:38:15 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 33 | Info Hash: 0E4CACEDCCDF0CEAF44A2BE0EC857587D35EA57A<br>File Hash: CE825ED8394023946EA5073AD8CD9A7095F4B9B6F597C02D4CB498375948662B | 11-22-2021 16:13:10 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 34 | Info Hash: C57E4496CC569AFF5CAF447E7FF7B63A0908A4CF<br>File Hash: 33923DD0D0609DEFC1E066EEFD7E06F87509C7EBA0DC17E74C884F3AC66C91B1 | 10-04-2021 10:38:06 | Blacked | 02-04-2020 | 02-20-2020 | PA0002229052 |
| 35 | Info Hash: 04171A75BF71DAC2FA9319D8E9A89D663787730F<br>File Hash: 32E1D19036B955EFCFE0880AA91B6C869A844190B04E3704B0D8A9AA71ECC2C5 | 09-28-2021 14:12:23 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 79EB18A80F8F7B70B6FC858C3BFEB0A8370A4750<br>File Hash: 396B87E2FEA3DF0FB8D82C85F5E46D2E71751FD042162C4D755BC4793A645C9F | 09-14-2021 11:59:45 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 37 | Info Hash: 062215626C7F3ABD8EAF39A7230075DD43CF13A7<br>File Hash: 7C0286924589063E7ED5B4F32A997B453151535C4F676F0D1E25A63F9E5C14FC | 08-09-2021 16:53:25 | Blacked Raw | 05-11-2020 | 06-08-2020 | PA0002243646 |
| 38 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF<br>File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 07-02-2021 02:08:34 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 39 | Info Hash: 60F18AC1EA37D85F5F3C247B27BB5AE3E9D8B864<br>File Hash: EEA4DE3745C064D84C1EE9A20305439DFD94517DDAC0C5ED1C2A635809EDC6CA | 06-08-2021 12:05:44 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 40 | Info Hash: 96F2A2FE54897C6976D99571A34F3D62FA7BFC40<br>File Hash: B0ABB2EA184172B37654EB0615A31E39CFE0E51A68B97C7F3A549363D5362508 | 05-31-2021 15:22:38 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 41 | Info Hash: 846B05E2B96675A7BC351F8EBDDDCC4803764E6C<br>File Hash: 95812A21AE7EFD973AF7380CE9DB99CE1C25EEF7C88DD1A31C716D2D6F9E1E9D | 05-01-2021 11:53:33 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 42 | Info Hash: 75EACE9CA719288B52B64D4D05A349BAA09542B2<br>File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 03-31-2021 12:40:13 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 43 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 03-26-2021 12:44:25 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 44 | Info Hash: 12A99808A140787E996465A4E0FF5CEE81E1B235<br>File Hash: ADF52846FDA2D0B5E56E954ABF6BEDC4B2EBD1C155979440218310D60C0FF4D2 | 03-23-2021 02:32:36 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 45 | Info Hash: E0805C7C54BD9B9777F151B670B78A4D50290951<br>File Hash: 2451AEF8181351CC573FE3F94B27891F2B4BA32C456BEB3E0B757E37AF34F1FE | 03-05-2021 03:13:49 | Blacked | 05-10-2018 | 05-24-2018 | PA0002101376 |
| 46 | Info Hash: 8FA3CA33BA6C045B4C5C47B69541A86376772F6C<br>File Hash: 871FEC79ED5A2B2D246C3346AD3C02BBD95C1E28D1A81DF416B735D553F314ED | 02-24-2021 02:34:10 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 47 | Info Hash: 67BB81139DFBD3A98034C4224195548D0DE9614E<br>File Hash: 2C9EED4B71C275590E98182B0965B6D28C98B7F76DFF73FCAC96E49AB3AD3824 | 02-10-2021 12:55:08 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 67240CE0F42C9777588909086239ABE908B5030A<br>File Hash: 04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 02-10-2021 03:16:09 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 49 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash: 14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 02-05-2021 13:11:45 | Tushy | 07-20-2018 | 09-05-2018 | PA0002134598 |
| 50 | Info Hash: 3D04CB0CE738558A4622603B3D95E3CC65FA5DA4<br>File Hash: 659ADF72BD7D1D3287E75B65E5A79BF5D3296FB6625F0D71AB979FDFB525BD69 | 01-29-2021 02:33:44 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 51 | Info Hash: 8031B4A7A5CFCECBC796D4772440BFC5016C11AA<br>File Hash: 6BC6E1D6C35FB48E06C6A8D7BBF0DF2769A8B15B04C14B904550055F04219187 | 01-26-2021 13:20:34 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |
| 52 | Info Hash: 7AD634DDF39D6C357029F9B8DA853344A9154CA3<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 01-25-2021 10:34:44 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 53 | Info Hash: A4E4EB589C6670EA637881D600C170F2C895A43F<br>File Hash: EB9E17DAE379436C5C320B4F6D686051E5E07DE9C5FF77B54FDDE8BF45A4900A | 01-12-2021 12:55:30 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 54 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 01-07-2021 13:58:37 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 55 | Info Hash: EB618CE41F176F9BB4820A6C7C959D22B86E4E01<br>File Hash: E9A54ECAA7C0608DB489172C0B2C8DCBF5928E8C3257F0CD962D675AF02F45B5 | 01-07-2021 13:58:30 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 56 | Info Hash: 1A26A196358C2C12445BC8122570365DEE727A70<br>File Hash: A5E4E4AA26374FE74D4F62B1BBBF99AD26104A1B6A6CEEE59E75309D3022702E | 10-19-2020 01:32:26 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 57 | Info Hash: FF2738464090D606206D0608A050F0BA3D10E1A9<br>File Hash: ADDC73912EE777EB7455915C5BAD3A332E1F6EA951019C2EA1284BE0F356CE0C | 10-04-2020 01:43:05 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 58 | Info Hash: 92FCEC5F528AB1D27B01FBC0E4D1157C3AC17400<br>File Hash: C82F38BBF86C7553B2028C9457E35287A623F34DCCFD5A55E9C4679D4D7BD2B1 | 09-19-2020 01:04:38 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 59 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 09-07-2020 01:32:56 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09-01-2020 01:54:56 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 61 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 08-17-2020 07:54:31 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 62 | Info Hash: 7F06F0E07A10143EB2C8673FADA7B21358A4AB2D<br>File Hash: 8730E641DB888136CD4E9A1EA37C129852A6999082620E5C071F489A6055E333 | 08-16-2020 15:12:49 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 63 | Info Hash: B601C2302FC3C04B9419795ACBFBD9349D07FA30<br>File Hash: B939C53D7E04DFB66462AEED22D13202BCB1DE4109A9AF5A52FCA73E9B9A945B | 08-08-2020 01:00:46 | Tushy | 08-02-2020 | 08-31-2020 | PA0002265633 |
| 64 | Info Hash: 857ECD8EC13C207984FDF9ED1AAB188B50013F5C<br>File Hash: 6A533C195A378EE2E2EEB458DF0433215FE1763F06885E4D646A316928808046 | 08-05-2020 11:43:30 | Blacked | 08-01-2020 | 08-11-2020 | PA0002252255 |
| 65 | Info Hash: 37BBF4B3BBD911460EEA7065A691494A1860C65D<br>File Hash: C7610656C831F4141B67EB2AE560AE0FBF59FE9B8E29DA44C8E6BECF3D9D80CF | 07-25-2020 12:03:29 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 66 | Info Hash: 93AC77760BE262244F8C30B7A064ACFD0E95E6CE<br>File Hash: FBAE5708BFF78E82C93645127539E317BF61BF277C83A6EFE162EE772C4C01B9 | 06-16-2020 01:42:49 | Blacked Raw | 06-15-2020 | 07-17-2020 | PA0002248596 |
| 67 | Info Hash: D5F4FB8FCDC46608550AC886C7AB2D47C52254F2<br>File Hash: 027F02F7A9D43E3B88A373666E52FDD7093112A0F5DA238075344F333F9B68E7 | 06-09-2020 12:01:01 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |
| 68 | Info Hash: D953E392C297913CDBDFCE65BCF4DF39F6D492E1<br>File Hash: 0ED72D2222E7721033B25678879CBA2CBB194E14288295CB78F4A1D3B97268A3 | 06-01-2020 12:32:00 | Vixen | 05-24-2019 | 07-17-2019 | PA0002188303 |
| 69 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 05-24-2020 07:44:42 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 70 | Info Hash: 6C446C346678513AA2E73F07FB90B7112EBE707F<br>File Hash: 249303FB0D18D0DC7C7EC04ADB7B8922578C4F9AF6A8CF6EE5DAE94EA3BFAD93 | 05-18-2020 09:22:51 | Blacked Raw | 08-15-2019 | 09-17-2019 | PA0002216211 |